IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KETURAH ANDERSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER JOHN DOE I, et al., | : | No . 11-6267 |
| Defendants. | : | |

## ORDER

AND NOW, this **20th** day of **December 2012**, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint and the parties' briefs related to that motion, and following oral argument and an evidentiary hearing, it is ORDERED for the reasons set forth in the accompanying memorandum opinion that the motion is DENIED. Plaintiff's Complaint is DISMISSED.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE